Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

Joseph Todd **THOMPSON,** Executor of the Estate of Charles Frost, Deceased, and Margie Frost, Widow in her Own Right

v.

**CROUSE–HINDS and Graybar Electric Company, Inc.**

**Petition of Graybar Electric Company.**

Supreme Court of Pennsylvania.

Nov. 13, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of November, 2012, the Application for Late Joinder in Crouse–Hinds Corporation's Petition for Allowance of Appeal is **DENIED.**

Forester **VANDERHOFF, Petitioner**

v.

**HARLEYSVILLE INSURANCE COMPANY, Respondent.**

Supreme Court of Pennsylvania.

Nov. 14, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of November 2012, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) What constitutes "actual prejudice" to relieve an insurance company of its obligation to pay insurance benefits to an insured?

(2) Should "actual prejudice" involve proof by an insurance carrier that it suffered a real material impairment of its ability to investigate and defend an uninsured claim?

(3) What constitutes a reasonable basis for a trial court finding that prejudice exists in a late report of a phantom vehicle?